**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Charlene Bigelow, as Mother and Next Best Friend of Devin Lynch,<br><br>       Plaintiff,<br>  v.<br><br>Thomas Dart, Sheriff Of Cook County, Correctional Officer Darrell Maloy (Star No. 16247) and Cook County, Illinois,<br><br>       Defendants. | Case No. 18-cv-02055 |

## CHANGE OF FIRM NAME AND EMAIL ADDRESS

**TO:**   - See Attached Service List -

 PLEASE BE ADVISED that effective February 8, 2019 our firm name and email address changed to:

**Wise Morrissey, LLC**
mlg@wisemorrissey.com
js@wisemorrissey.com

 Our address, telephone number and fax number remain the same:

| | |
|---|---|
| Name: Wise Morrissey, LLC | Attorney for: Plaintiff |
| Address: 161 North Clark Street, Suite 3250 | City/State: Chicago, Illinois 60601 |
| Telephone: 312-580-2040 | Facsimile: 312-580-2041 |
| Firm ID No.: 63527 | |

STATE OF ILLINOIS )
        )   SS
COUNTY OF COOK )

## CERTIFICATE OF SERVICE

Under penalties as provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that a true and accurate copy of this notice was served upon the party of record identified above in the above cause by email on this 14th Day of March, 2019.

                   *Janie Sanford*

# SERVICE LIST
*Charlene Bigelow v. Thomas Dart, et al.*
*Case No.: 1:18-cv-02055*
*Our File No.: 16-55*

***Attorneys for Defendant Thomas Dart, Sheriff of Cook County and Darrell Maloy, Star #16247***
Danielle Mikhail
Cook County State's Attorney's Office
50 W. Washington Street
Richard J. Daley Center, Room 500
Chicago, IL 60602
Danielle.mikhail@cookcountyil.gov

Elaine Cindy Davenport
Gerald Michael Dombrowski
Robert Franklin Kunkel
Sanchez Daniels & Hoffman LLP
333 W. Wacker Drive, Suite 500
Chicago, IL 60606
(312) 641-1555
edavenport@sanchezdh.com
gdombrowski@sanchezdh.com
RKunkel@Sanchezdh.com

Anthony E. Zecchin
Hale Law LLC
53 West Jackson Blvd.
Suite 330
Chicago, IL 60604
azecchin@ahalelaw.com

***Attorneys for Defendant Darrell Maloy, Star #16247***
John C. Coyne
Law Offices of John C. Coyne
53 W. Jackson Blvd., Suite 1750
Chicago, IL 60604
(312) 583-9500
jcc@johnccoynelaw.com

***Attorneys for Defendant, Cook County***
Lyle K. Henretty
Miguel E. Larios
Cook County State's Attorney
69 W. Washington St., 20th Floor
Chicago, IL 60602
(312) 603-1426
Lyle.,henretty@cookcountyil.gov
Miguel.larios@cookcountyil.gov

***Attorneys for Plaintiff, Charlene Bigelow***
Patrick William Morrissey
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773) 233-7900
Patrickmorrissey1920@gmail.com
tgmorrisseylaw@gmail.com